443 A.2d 383

Commonwealth v. McKahan, Appellant.

Submitted May 22, 1981.   Steve P. Leskinen, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order affirmed.